TYPE OF HEARING: **Rule 40**
CASE NUMBER: **18mj469**
MAGISTRATE JUDGE: John F. Anderson
DATE: 10/01/2018
TIME: **2pm**
TAPE: FTR RECORDER
DEPUTY CLERK: Whitney Garnett

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**Leatrice Malika De Bruhl-Daniels**

GOVT. ATTY **Andrew Dober**

DEFT'S ATTY **w/out counsel**

DUTY AFPD **Elizabeth Mullin**

INTERPRETER/LANGUAGE _____

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES (X)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL (X)    FPD (X) CJA ( ) Conflict List ( )

**Deft does not contest identity.**
**Deft requests a D.H.**
**Matter set for D.H. in this District.**

BOND **Deft remanded.**

NEXT COURT APPEARANCE **10/3/18**  TIME **2pm**
**D.H. (JFA)**

**PH to be held in charging district.**             **8 min.**